Paul D. McFarlane  ISB # 7093
**MCFARLANE LAW OFFICES, PLLC**
428 E. Thurman Mill Street
PO Box 1859
Boise, Idaho 83701
Telephone:	(208) 342-1948
Facsimile:	(208) 298-3846
paul@McFarlaneLawOffices.com

*Attorneys for Defendants*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE STATE OF IDAHO

| | |
|---|---|
| WAYNE GARRIGAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>DMB FINANCIAL, LLC, a Massachusetts Limited Liability Company, and COMMONWEALTH SERVICING GROUP, LLC, a Massachusetts Limited Liability Company,<br><br>Defendants. | CASE NO: 18-485-DCN<br><br>**DEFENDANTS, DMB FINANCIAL, LLC AND COMMONWEALTH SERVICING GROUP, LLC'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT (WITH PREJUDICE)**<br><br>**ORAL ARGUMENT REQUESTED** |

Pursuant to Rules 12(b)(2) and 12(b)(6) of the Federal Rules of Civil Procedure, Defendants, DMB Financial, LLC and Commonwealth Servicing, LLC (collectively "Defendants") file this Motion to Dismiss Plaintiff's Complaint with Prejudice.  The Defendants have filed this Motion to Dismiss based on the following; 1) that the Plaintiff failed to plead an injury-in-fact to demonstrate standing, 2) that the Court does not have personal

jurisdiction (either specific or general) over the Defendants and 3) that all Non-Idaho residents claims should be dismissed as the Court does not have general personal jurisdiction over the Defendants. Therefore, dismissal is proper pursuant to Rule 12(b)(2). This Motion is supported by Defendant's Memorandum in Support of Motion to Dismiss.

    DATED this 7th day of January, 2019.

                                    MCFARLANE LAW OFFICES, PLLC

                            By:  */s/ Paul D. McFarlane*
                                    Paul D. McFarlane
                                    Attorneys for Defendants

**DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT - 2**

## CERTIFICATE OF SERVICE

I certify that on January 7, 2019, I served a true and correct copy of the foregoing **DEFENDANTS, DMB FINANCIAL, LLC AND COMMONWEALTH SERVICING GROUP, LLC'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT (WITH PREJUDICE)** on the individuals listed below through electronic notification to the parties registered with the U.S. Court's CM/ECF System.

James Bendell -- james@bendelllawfirm.com
Bendell Law Firm PLLC
1810 E. Schneidmiller Avenue, Ste 140
Post Falls, Idaho 83854
Telephone: (208) 773-9669

Stefan Coleman -- law@stefancoleman.com
Law Offices of Stefan Coleman
201 S Biscayne Blvd, 28th Floor
Miami, FL 33133
Telephone: (877) 333-9427

    DATED this 7th day of Janurary, 2019.

                                                    McFARLANE LAW OFFICES, PLLC


                            By:  _/s/ Paul D. McFarlane_
                                  Paul D. McFarlane
                                  Attorneys for Defendants